IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| JUSTIN RAY MILLER, | ) |  |
|---|---|---|
|  | ) |  |
| Petitioner, | ) |  |
|  | ) | Case No. 3:25-cv-00321 |
| v. | ) |  |
|  | ) | District Judge Waverly D. Crenshaw, Jr. |
| MIKE FITZHUGH and DARREN HALL, | ) |  |
|  | ) |  |
| Respondents. | ) |  |

**ORDER**

Pending is Petitioner's Motion Entry of Default against Respondent. (Doc. No. 20). For the following reasons, the Motion is **DENIED**.

Petitioner filed his Petition for a Writ of Habeas Corpus on March 20, 2025. (Doc. No. 1). Respondent requested an extension within which to file a Response, which was granted by the Court on July 8, 2025. (Doc. No. 11). Respondent timely filed a Motion to Dismiss the Petition on August 13, 2025. (Doc. No. 15). Petitioner filed the pending Motion for Entry of Default on September 12, 2025. (Doc. No. 20).

The Sixth Circuit has expressed a "strong preference for trials on the merits." *United States v. Real Prop., All Furnishings Known as Bridwell's Grocery*, 195 F.3d 819, 820 (6th Cir. 1999) quoting *Shepard Claims Serv., Inc. v. William Darrah & Assocs.*, 796 F.2d 190, 193 (6th Cir. 1986); *United States v. $22,050.00 U.S. Currency*, 595 F.3d 318, 322 (6th Cir. 2010) "Where a defendant appears and indicates a desire to contest an action a court may exercise its discretion to refuse to enter default, in accordance with the policy of allowing cases to be tried on the merits." *Winder v. Amazon.com, Inc.*, No. 2:24-CV-02993-SHL-ATC, 2025 WL 2816754, at *5 (W.D. Tenn. July 18, 2025), *report and recommendation adopted*, No. 2:24-CV-02993-SHL-ATC, 2025

1

WL 2718545 (W.D. Tenn. Sept. 24, 2025) (quoting *Wendt v. Pratt*, 154 F.R.D. 229, 230 (D. Minn. 1994).

By filing a timely Motion to Dismiss the Petition, the Clerk finds that Respondent is not in default and has clearly expressed his intent to defend this action. Petitioner's Motion for Entry of Default, (Doc. No. 20), is **DENIED**.

s/ Lynda M. Hill
Lynda M. Hill
Clerk of Court